UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :    Crim. No. 22-838 (JXN)

v.    :

MEGHNA KUMAR    :    REPORT & RECOMMENDATION

This matter having come before the Court by way of referral from the Hon. Julien X. Neals, U.S.D.J. to conduct a proceeding pursuant to Federal Rule of Criminal Procedure 11, and to issue a report and recommendation regarding Defendant Meghna Kumar's entry of a guilty plea to the Information in this matter; and the Court having considered the written consent by Defendant Meghna Kumar and Defense Counsel, Arnold Spencer, Esq., to have the proceeding before the Undersigned; and the Undersigned having conducted a proceeding pursuant to Federal Rule of Criminal Procedure 11; and as more fully set forth and reflected in the recorded proceedings of December 14, 2022, the Court makes the following report and recommendation:

1. Defendant Meghna Kumar consented to the entry of a guilty plea before a United States Magistrate Judge, subject to Defendant Meghna Kumar's right to file any written objections to the findings and recommendations contained in this report and orally stated at the Rule 11 proceeding, and subject to its adoption by the United States District Judge;

2. Defendant Meghna Kumar fully understood the oath and consequences of failing to tell the truth at the plea hearing;

3. Defendant Meghna Kumar fully understood that she has a right to have this case presented to a grand jury;

4. Defendant Meghna Kumar fully understood the nature of the charges and the consequences of the guilty plea, including the maximum penalties that may be imposed;

5. Defendant Meghna Kumar fully understood that while the United States Sentencing Guidelines are not binding, the District Court will consider them in fashioning any sentence in this matter;

6. Defendant Meghna Kumar fully understood the right to plead "not guilty" and to be tried by a jury, with the assistance of counsel, and that she would have the right to confront and cross-examine witnesses, call witnesses and compel the production of evidence if she so chose, and to remain silent or testify, if she so chose;

7. Defendant Meghna Kumar fully understood that if the District Court accepts the guilty plea, then there would be no trial in this case;

8. Defendant Meghna Kumar was fully competent and capable of entering an informed guilty plea;

9. Defendant Meghna Kumar's waiver of the right to have this case presented to the grand jury, the waiver of the right to file an appeal and to file a post-conviction challenge, and the plea were free, knowing, and voluntary; and

10. There is a factual basis to support the plea of guilty.

Based upon the foregoing, and based upon the recorded proceedings on December 14, 2022, the Undersigned respectfully recommends on this 14th day of December 2022, that the United States District Judge accept Defendant Meghna Kumar's plea of guilty to the Information, and enter a judgment of guilt to the Information.

Respectfully,
s/ Michael Hammer
United States Magistrate Judge

**NOTICE**

**FAILURE TO FILE WRITTEN OBJECTIONS TO THE FINDINGS AND RECOMMENDATIONS CONTAINED IN THE FOREGOING REPORT, WITHIN FOURTEEN DAYS OF RECEIPT OF SAME, MAY BAR DE NOVO DETERMINATION BY THE UNITED STATES DISTRICT JUDGE OF AN ISSUE COVERED HEREIN AND SHALL BAR APPELLATE REVIEW OF SUCH FACTUAL FINDINGS AS MAY BE ACCEPTED OR ADOPTED BY THE UNITED STATES DISTRICT JUDGE.**