## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MEGHNA KUMAR<br><br>Defendant. | Crim No. 2:22-838 (JXN)<br><br>**ORDER** |

**NEALS**, District Judge,

**THIS MATTER** having come before the Court on the Report and Recommendation of the United States Magistrate Judge filed in this matter, which was submitted as a result of this Court having referred this cause to the Magistrate Judge for the purpose of conducting a plea proceeding under Fed. R. Crim. P. 11; and Defendant having consented to the Magistrate Judge conducting the guilty plea proceeding; and the Court having reviewed the Report and Recommendation, and there being no objection to the Report and Recommendation timely filed pursuant to 28 U.S.C. 636(b); and the Court finding the Report and Recommendation is neither clearly erroneous nor contrary to law; and the Court hereby finding that the Report and Recommendation should be approved and adopted and Defendant's guilty plea accepted,

**IT IS** on this 4th day of January, 2023;

**ORDERED** that the Report and Recommendation of the United States Magistrate Judge is approved and adopted; and it is further

**ORDERED** that the defendant's guilty plea is accepted and a judgment of guilt to Count 1 of the Information shall be entered.

_____
JULIEN XAVIER NEALS
United States District Judge
